In the Matter of the Claim of CARMELLA LIBERTI, Respondent, against THE STATEN ISLAND RAILWAY COMPANY, Appellant.

THE STATE INDUSTRIAL COMMISSION, Respondent.

*Matter of Liberti* v. *Staten Island Ry. Co.*, 180 App. Div. 90, affirmed.

(Argued April 26, 1918; decided May 14, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 26, 1917, affirming an award of the state industrial commission made under the Workmen's Compensation Law. Claimant's husband was employed by the Staten Island Railway Company as a laborer, and

while working at the handles of a handcar on a spur track which connected with its road on Staten Island fell backward from, and in front of, the car and between the rails of the track receiving injuries resulting in his death. At the time he was going with the section foreman to put in a number of new ties and otherwise repair the spur track which runs to the Mission of the Immaculate Virgin. This spur track or siding runs for a distance of about one mile into the grounds of and is owned by said mission, which reimburses the railway for all repairs made by the latter to the said siding. Deliveries of coal and other articles to said mission are delivered on said spur track, some coming from within and some from without the state. The commission found that the defendant was a common carrier between points wholly within the state of New York, and that at the time of the accident Liberti was not engaged in interstate commerce.

*Lyle H. Hall* and *Robert H. Neilson* for appellant.

*Merton E. Lewis, Attorney-General (E. C. Aiken* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and McLAUGHLIN, JJ.